# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL NO.  04-707-GPM |
| ) | |
| ESTATE OF STELLA M. PRUEMER, ) | |
| CONNIE FAULK, LARRY KELLER, ) | |
| SANDOVAL COMMUNITY ) | |
| DEVELOPMENT COMMISSION, INC., ) | |
| CENTRAL CITY LUMBER COMPANY, ) | |
| INC., UNKNOWN OWNERS, ) | |
| INCLUDING UNKNOWN HEIRS and ) | |
| LEGATEES OF STELLA M. PRUEMER ) | |
| (DECEASED), and NON-RECORD ) | |
| CLAIMANTS, ) | |
| ) | |
| Defendants. ) | |

## ORDER CONFIRMING UNITED STATES MARSHAL'S REPORT OF SALE

**MURPHY, Chief District Judge:**

The United States Marshal, Don Slazinik, was appointed by the Court to effectuate the judgment filed on October 3, 2005, and then to make a report of his actions.  His report of sale was filed February 9, 2006, and the Court finds that he acted in accordance with the said judgment, and the sale was accomplished according to law.

**IT IS, THEREFORE, THE ORDER OF THIS COURT** that the sale and report of the United States Marshal, Don Slazinik, is **approved and confirmed**.  There being nothing further before the Court, this Order is issued this 17th day of February, 2006.

**IT IS SO ORDERED.**

s/ G. Patrick Murphy
G. PATRICK MURPHY
Chief United States District Judge