IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | )   CIVIL NO.  04-707-GPM |
| | ) |
| ESTATE OF STELLA M. PRUEMER, | ) |
| CONNIE FAULK, LARRY KELLER, | ) |
| SANDOVAL COMMUNITY | ) |
| DEVELOPMENT COMMISSION, INC., | ) |
| CENTRAL CITY LUMBER COMPANY, | ) |
| INC., UNKNOWN OWNERS, | ) |
| INCLUDING UNKNOWN HEIRS and | ) |
| LEGATEES OF STELLA M. PRUEMER | ) |
| (DECEASED), and NON-RECORD | ) |
| CLAIMANTS, | ) |
| | ) |
| Defendants. | ) |

## ORDER CONFIRMING UNITED STATES MARSHAL'S AMENDED REPORT OF SALE

**MURPHY, Chief District Judge:**

The United States Marshal, Don Slazinik, was appointed by the Court to effectuate the judgment filed on October 3, 2005, and then to make a report of his actions. His amended report of sale was filed March 27, 2006 (*see* Doc. 18), and the Court finds that he acted in accordance with the said judgment, and the sale was accomplished according to law.

**IT IS, THEREFORE, THE ORDER OF THIS COURT** that the sale and amended report of the United States Marshal, Don Slazinik, are **approved and confirmed**.  There being nothing further before the Court, this Order is issued this 3th day of April, 2006.

**IT IS SO ORDERED.**

s/ G. Patrick Murphy
G. PATRICK MURPHY
Chief United States District Judge